IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KHALIL QADOUS                                                    PLAINTIFF

VS.                                                  CIVIL ACTION NO. 1:19-cv-111-SA-DAS

SHONDA WHITE, SAFECO INSURANCE,
AND JOHN DOES I-V                                          DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL

The parties have agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be fully and finally closed on its docket;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that this case is hereby dismissed with prejudice as to all parties, with the parties to bear their own costs.

SO ORDERED AND ADJUDGED this, the 9th day of September, 2019.

                                                       /s/ Sharion Aycock
                                                       U.S. DISTRICT COURT JUDGE

AGREED TO BY:

| /s/ Clinton L. Martin, Esq. | /s/ Gregg A. Caraway, Esq. |
|---|---|
| SCHWARTZ & ASSOCIATES, P.A. | WELLS MARBLE & HURST, PLLC |
| 337 E. Main Street, Suite B | P.O. Box 131 |
| Tupelo, MS 38804 | Jackson, MS 39205-0131 |
| Telephone: (601) 988-8888 | Telephone: (601) 605-6900 |
| Facsimile: (662) 269-0202 | Facsimile: (601) 605-6901 |
| cmartin@1call.org | gcaraway@wellsmar.com |
| *ATTORNEY FOR PLAINTIFF* | *ATTORNEY FOR SAFECO INSURANCE COMPANY OF ILLINOIS* |